IN RE APPEAL OF MITSUBISHI SEMICONDUCTOR AM., INC.

No. 292P98

Case below: 130 N.C.App. 150

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.


IN RE APPEAL OF PHILLIP MORRIS

No. 427P98

Case below: 130 N.C.App. 529

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998.


ISBELL v. TOWER MILL, INC.

No. 299P98

Case below: 130 N.C.App. 340

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.